AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Diane Princ | Telephone: (313) 226-9100
Special Agent: Todd Monfette | Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Dorian Jamar Haslam, Sr.

Case: 2:20−mj−30212
Assigned To : Unassigned
Assign. Date : 6/24/2020
In Re: SEALED MATTER (MAW)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 6, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Todd Monfette, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 24, 2020__

*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent Todd Monfette, being first duly sworn, hereby depose and state as follows:

### I.     INTRODUCTION

1. I have been a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives since July of 2017. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program, Uniformed Police Training Program, and ATF Special Agent Basic Training. Prior to being a Special Agent with ATF, I was a uniformed police officer in Washington D.C. for 8 years. During my career as a law enforcement officer, I have participated in numerous criminal investigations focused on firearm and drug offenses. In addition, I have authored federal search warrants, federal criminal complaints, and federal arrest warrants, and have served numerous high-risk warrants.

2. During my employment with ATF, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal gangs. During said employment, I have utilized a variety of investigative techniques and resources including

physical and electronic surveillance, undercover activities, and various types of informants and cooperating sources. Through these investigations, my training and experience, and conversations with other agents and other law enforcement personnel, I have become familiar with state and federal firearms violations.

3. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact known to law enforcement related to this investigation.

4. Probable cause exists that Dorian Jamar HASLAM SR. (DOB 02/XX/1986) violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) on or about June 06, 2020, in the Eastern District of Michigan.

5. In June 2020, I reviewed the Computerized Criminal History for HASLAM SR., which revealed HASLAM SR. has been convicted of the following felonies:

    a. 2009 – trafficking in drugs– Ohio;

    b. 2009 – possession of drugs– Ohio;

    c. 2006 – use of a firearm during the commission of a felony - Wayne County, Michigan; and

    d. 2005 – receiving and concealing stolen property: motor vehicle - Wayne County, Michigan.

## II. PROBABLE CAUSE

6. On June 10, 2020, I reviewed documents regarding the June 06, 2020 arrest of HASLAM SR., during which a Glock, model 17, 9mm pistol was recovered. Below is a summary of the events.

7. On June 06, 2020, the Detroit Police Department (DPD) investigated an individual riding an unregistered all-terrain vehicle (ATV) in the area of Herrell Street and Harper Avenue in Detroit. During the investigation, officers observed HASLAM SR. driving a blue ATV at a high rate of speed.

8. HASLAM SR. lost control of the ATV and struck the DPD police car. Officers responded to HASLAM SR. to render aid. As the officers approached, they observed a semi-automatic firearm on the

3

ground near where HASLEM SR. fell. HASLAM SR. picked up the firearm and begin running northbound on Herrell Street.

9. While in pursuit of HASLAM SR., officers observed HASLAM SR. throw the firearm into bushes on the corner of Norcross Street and Camden Avenue. Officers caught and detained HASLAM SR.. The Glock, Model 17, 9mm pistol, was loaded with nineteen rounds of live ammunition.

10. A subsequent query of the Law Enforcement Information Network (LEIN) revealed the firearm was reported stolen by the Lansing Police Department on May 11, 2016.

11. On June 11, 2020, I contacted Interstate Nexus Expert ATF Special Agent Michael Jacobs. SA Jacobs advised, based upon the description provided, without physically examining the firearm, that the firearm is a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898, and therefore the firearm had traveled in and affected interstate commerce.

### III. CONCLUSION

12. Probable cause exists to believe that Dorian Jamar HASLAM SR., a prior convicted felon, did knowingly and intentionally

possess a firearm that traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Todd Monfette, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn before me or
by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: June 24, 2020

5